UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, JANEL ESPINOZA, MICHAEL PALLARES, IKWINDER SINGH, ROBERT MITCHELL, ROSELE BRANCH, KATHLEEN ALLISON,<br><br>Defendants. | Case No. 1:20-cv-00813-DAD-HBK<br><br>ORDER GRANTING PARTIES' JOINT MOTION TO AMEND CERTAIN DEADLINES IN DISCOVERY AND SCHEDULING ORDER<br><br>(Doc. Nos. 46, 58) |

Before the Court is the Parties' joint motion stipulating to the amendment of certain deadlines in the operative Discovery and Scheduling Order. (Doc. No. 58). For good cause shown, the Court approves the amended deadlines proposed by the parties to the Discovery and Scheduling Order previously entered by the Court on June 10, 2021 (Doc. No. 46).

Accordingly, it is **ORDERED**:

1. The parties' motion to amend certain deadlines (Doc. No. 58) is GRANTED. The following deadlines previously set forth in the June 10, 2021 Discovery and Scheduling order (Doc. No. 46) are extended as follows:

    a. The deadline for amending the pleadings is extended to **June 10, 2022**.[1]

---

[1] The Parties' joint stipulation proposes a June 10, 2021, amended deadline, but the date has passed and

      b. The deadline for the completion of all discovery, including filing all motions to compel discovery, is extended to **August 10, 2022**.

      c. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is extended to **October 21, 2022**.

2. All other terms and conditions set forth in the June 10, 2021 Discovery and Scheduling Order remain in effect.

Dated:    February 6, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

also is earlier than the current deadline. (*See* Doc. No. 46 at 2, ¶ 5, setting December 10, 2021 deadline to amend pleadings), The Court assumes this is a scrivener's error and the parties intended to propose a June 10, 2022 deadline.