1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY | Case No. 1:20-cv-00813-DAD-HBK (PC) |
| Plaintiff, | ORDER GRANTING JOINT MOTION TO AMEND DEADLINES TO CASE MANAGEMENT SCHEDULING ORDER |
| v. | |
| KATHLEEN ALLISON, JANEL ESPINOZA, MICHAEL PALLARES, IKWINDER SINGH, ROBERT MITCHELL, ROSELLE BRANCH | (Doc. No. 65) |
| Defendants. | |

Before the Court is the Parties' joint motion stipulating to the amendment of certain deadlines in the Court's February 7, 2022 Discovery and Scheduling Order. (Doc. No. 59). For good cause shown, the Court approves the amended deadlines proposed by the parties to the February 7, 2022 Discovery and Scheduling Order.

Accordingly, it is **ORDERED**:

1. The Parties' motion to amend certain deadlines in the February 7, 2022 Discovery and Scheduling Order (Doc. No. 65) is GRANTED.

   a. The deadline for the completion of all fact discovery, including filing all motions to compel discovery, is extended to October 10, 2022.

   b. The Deadline to file dispositive motions is extended to December 16, 2022.

2. All other terms and conditions set forth in the June 10, 2021 Discovery and Scheduling Order remain in effect.

Dated:    August 11, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2