UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY, | No. 1:20-cv-00813-ADA-HBK (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT, IN PART, AND DENY, IN PART, PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT |
| v. | |
| RALPH DIAZ, et al., | |
| Defendants. | (ECF No. 72) |

Plaintiff Michelle-Lael B. Norsworthy, represented by counsel, initiated this action while incarcerated by filing a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. Plaintiff filed a First Amended Complaint on May 14, 2021. (ECF No. 41.)

On June 10, 2022, Plaintiff filed a motion for leave to file a Second Amended Complaint. (ECF No. 60.) Defendants opposed the motion. (ECF No. 62.) On February 27, 2023, the Magistrate Judge issued findings and recommendations recommending that the Court grant, in part, and deny, in part, Plaintiff's motion for leave to amend. (ECF No. 72.) The findings and recommendations contained notice of a fourteen-day deadline by which the parties could file objections for the Court's consideration. (*Id.*) Neither party filed objections, and the time to do so has expired.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on February 27, 2023, (ECF No. 72), are adopted in full;

2. Plaintiff's motion to amend the complaint is granted, in part, and denied, in part, as follows:

   a. The motion is GRANTED to the extent that Plaintiff may file a Second Amended Complaint including the allegations concerning Count I – an Eighth Amendment medical indifference claim – against Defendants Leslie Taylor, Chenoa Dill, Sergeant Gibson, Gerardo Garcia-Torres, Officer Sholas, and Officer Goethe;

   b. The motion is DENIED to the extent that Plaintiff seeks to include in her Second Amended Complaint allegations relating to the proposed Count II – a Fourteenth Amendment Equal Protection claim against Defendants Allison, Espinoza, Pallares, Mitchell, Felix, Haynes, and Villanueva – or Count III – an Eighth Amendment failure to protect claim against Defendants Allison, Espinoza, Pallares, Cowing, and Villanueva.

IT IS SO ORDERED.

Dated:   March 31, 2023

UNITED STATES DISTRICT JUDGE

2