UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br><br>          Plaintiff,<br><br>   v.<br><br>JANEL ESPINOZA, et al.,<br><br>          Defendants. | Case No. 1:20-cv-00813-NODJ-HBK (PC)<br><br>ORDER GRANTING PARTIES' JOINT MOTION *NUNC PRO TUNC* TO EXTENT SET FORTH HEREIN<br><br>(Doc. No. 97)<br><br>ORDER FINDING MOOT PLAINTIFF'S MOTION FOR ADDITIONAL DEPOSITIONS AND TO EXTEND CERTAIN CASE MANAGEMENT DEADLINES<br><br>(Doc. No. 95) |

      Pending before the Court is Plaintiff's Motion for Additional Depositions and to Amend Scheduling Order (Doc. No. 95) filed February 9, 2024.  Plaintiff seeks permission to take six additional fact witness depositions (four medical professionals and two of Plaintiff's former cellmates) and to modify certain deadlines in the Case Management and Scheduling Order. Defendants filed an partial opposition to Plaintiff's Motion on February 20, 2024.  (Doc No. 96). Subsequently, the Parties filed a construed Joint Motion for Leave to Take Additional Depositions and Amend the Scheduling Order on February 29, 2024.  (Doc. No. 97, Joint Motion).  Specifically, with regards to Plaintiff's request to conduct additional depositions, the Parties agree that Plaintiff may take the depositions of the following six witnesses: Dr. Richard

Graves, Dr. Christopher Glass, Dr. Marci Bowers, Angela Nevarez, Myra Rangel (WE7156) and Darrianne Marie Stucky (WF7156) with reasonable notice. The Parties further agree to proposed extended deadlines to the Court's Amended Case Management and Scheduling Order.

Because the Parties stipulate to the additional depositions, no leave is required by the Court as to Dr. Richard Graves, Dr. Christopher Glass, Dr. Marci Bowers, and Angela Nevarez. *See* Fed. R. Civ. P. 30(a)(2)(A). The Court will grant the Joint Motion as to the incarcerated witnesses: Myra Rangel (WE7156) and Darrianne Marie Stucky (WF7156). *See* Fed. R. Civ. P. 30(a)(2)(B). Further, for good cause shown, the Court will grant a modification to the Case Management and Scheduling Order. *See* Fed. R. Civ. P. 16(b)(4). Due to the change in the dispositive deadline, the corresponding deadlines to the Pretrial and Trial dates must be adjusted.

Accordingly, it is **ORDERED:**

1. The Parties' construed Joint Motion (Doc. No. 97) is GRANTED *nunc pro tunc* to the extent set forth herein.

2. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), Plaintiff may depose Myra Rangel (WE7156), and Darrianne Marie Stucky (WF7156) if they remain confined in a prison at the time of the deposition. Pursuant to Fed. R, Civ. P. 30(b)(4), the deposition may be taken under this section by video conference, relieving the court reporter of the requirement to be in the physical presence of the witness under Federal Rule of Civil Procedure 28(a)(1) during that deposition.

3. The following amended dates shall govern the management of this action.

| Action or Event | Date |
| --- | --- |
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 04/29/2024 |
| Deadline for all parties to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 05/17/2024 |
| Deadline to disclose any expert rebuttal report(s). | 06/14/2024 |
| Deadline to complete expert discovery. | 06/28/2024 |

| | |
|---|---|
| Deadline to advise court of status of settlement, mediation, ADR or VDRP. *See* Local Rule 270, 271. | 06/28/2024 |
| Dispositive Motions. *See* Fed. R. Civ. P. 56, Local Rule 230. | 07/19/2024 |
| Deadline to file final joint pretrial statement, motion(s) in limine, proposed jury instructions, and verdict form. See Local Rules 281, 282. | 01/06/2025 |
| Date of the final pretrial conference. See Fed. R. Civ. P. 16(e); See Local Rule 280, 281, 282, 283. Monday at 1:30 PM. | 01/13/2025 |
| Trial Date, Tuesday at 8:30 AM. | 03/04/2025 |

4. The remaining procedures set forth in the September 21, 2023 Amended Case Management and Scheduling Order (Doc. No. 90) otherwise shall govern this action.

5. Plaintiff's Motion for Additional Depositions and to Amend Scheduling Order (Doc. No. 95) is DENIED as MOOT.

Dated:   March 4, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

3