UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JANEL ESPINOZA, et al.,<br><br>　　　　　Defendants. | Case No.  1:20-cv-00813-KES-HBK (PC)[1]<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN DEADLINES IN CASE MANAGEMENT SCHEDULING ORDER<br><br>(Doc. No. 104) |

　　　　Pending before the Court is the Parties' stipulated motion to amend certain deadlines in the Case Management Scheduling Order, which was filed on June 10, 2024. (Doc. No. 104). The Parties stipulate and propose further amendments to the Court's previously amended scheduling order deadlines (Doc. No. 98) necessitated by the need to accommodate the expert witnesses' schedules for their depositions. For good cause shown, the Court will grant a further modification to the previously amended scheduling order deadlines. *See* Fed. R. Civ. P. 16(b)(4). Due to the change in the dispositive deadline, the corresponding deadlines to the Pretrial and Trial dates must be adjusted.

　　　　////

---

[1] On March 14, 2024, this case was reassigned to District Judge Kirk E. Sherriff. (Doc. No. 99).

Accordingly, it is **ORDERED**:

1. The Parties' stipulated motion (Doc. No. 104) is GRANTED to the extent set forth herein.

2. The following amended dates shall govern the management of this action.

| Action or Event | Date |
| --- | --- |
| Deadline to disclose any expert rebuttal report(s). | 06/21/2024 |
| Deadline to complete expert discovery. | 07/26/2024 |
| Deadline to advise court of status of settlement, mediation, ADR or VDRP. *See* Local Rule 270, 271. | 07/26/2024 |
| Dispositive Motions. *See* Fed. R. Civ. P. 56, Local Rule 230. | 08/30/2024 |
| Responses to dispositive motions. | 09/27/2024 |
| Replies to dispositive motions. | 10/11/2024 |
| Deadline to file final joint pretrial statement, motion(s) in limine, proposed jury instructions, and verdict form. See Local Rules 281, 282. | 02/03/2025 |
| Date of the final pretrial conference. See Fed. R. Civ. P. 16(e); See Local Rule 280, 281, 282, 283. Monday at 1:30 PM. | 02/10/2025 |
| Trial Date, Tuesday at 8:30 AM. | 04/15/2025 |

3. The procedures set forth in the September 21, 2023 Amended Case Management and Scheduling Order (Doc. No. 90) otherwise shall govern this action.

Dated:    June 12, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2