UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE-LAEL B. NORSWORTHY,<br><br>    Plaintiff,<br><br>    v.<br><br>JANEL ESPINOZA, et al.,<br><br>    Defendants. | Case No.  1:20-cv-00813-KES-HBK (PC)<br><br>ORDER SETTING HEARING ON MOTIONS FOR SUMMARY JUDGMENT AND VACATING PRETRIAL CONFERENCE AND TRIAL DATES |

This matter comes before the Court upon sua sponte review of the file.  Pending before the Court are the parties' respective motions for summary judgment.  (Doc. Nos. 108, 110).  The motions are fully briefed.  (Doc. Nos. 113, 114, 117, 118).  While this Court endeavors to resolve all motions as expeditiously as possible, the undersigned  has determined that a hearing on the respective motions will be of assistance to the Court.  Thus, the Court will not be able to issue Findings and Recommendations before the current May 12, 2025 pretrial conference date.  Consequently, the Court sets this case for a hearing on the motions for summary judgment and vacates the current pretrial conference and trial dates until further order by the Court.

Accordingly, it is ORDERED:

1. The Court sets this case for a hearing on the parties' respective motions for summary judgment for **May 9, 2025 at 1:00 P.M. in Courtroom 2**.

2. The Court sua sponte VACATES the May 12, 2025 pretrial conference and July 15, 2025 trial dates and related deadlines pending further order by the Court.

3. The Court will set a status conference for thirty (30) days after the District Court has issued a final Order concerning the Findings and Recommendations on the pending motions for summary judgment.

Dated:   April 4, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2